In the Matter of the Opening of CROMWELL AVENUE from One Hundred and Fiftieth Street to Jerome Avenue in the City of New York.

HENRY LEWIS MORRIS, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Mayor, etc., N. Y. (Cromwell Avenue)*, 95 App. Div. 514, affirmed. (Submitted April 10, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1904, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment herein.

*Truman H. Baldwin* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly, John P. Dunn and Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.